UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA MARIN,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. CV 11-09331 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is affirmed.

October 31, 2012

                                              /s/ Andrew J. Wistrich
                                          ANDREW J. WISTRICH
                                          United States Magistrate Judge